# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|         Plaintiff, ) | Case No. 2:14-cr-00030-JAD-GWF |
| vs. ) | **ORDER** |
| DENNIS ALBA, ) | Defendant's Motion for Prescription Eye Glasses (#17) |
|         Defendant. ) | |

      This matter is before the Court on Defendant's Motion for Prescription Eye Glasses (#17), filed on April 9, 2014.

      A district court has no obligation to entertain pro se motions filed by a represented party. *See Abdullah v. U.S.*, 240 F.3d 683, 685 (8th Cir. 2001). Here, despite his represented status, Defendant Alba filed a pro se motion requesting prescription eye glasses while he is incarcerated to read his legal materials. *See Doc. #17*. The Court is inclined to deny Defendant's motion without prejudice due to Defendant's represented status. The Court, however, requests defense counsel either file a motion on Defendant's behalf or submit a status report updating the Court on this issue. Accordingly,

      **IT IS HEREBY ORDERED** that Defendant's Motion for Prescription Eye Glasses (#17) is **denied** without prejudice.

      **IT IS FURTHER ORDERED** that defense counsel either file a motion on Defendant's behalf or submit a status report updating the Court on Defendant's prescription eye glass issue.

      DATED this 10th day of April, 2014.

                                              _____
                                              **GEORGE FOLEY, JR.**
                                              **UNITED STATES MAGISTRATE JUDGE**