# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff

v.

Dennis Alba,

    Defendant

2:14-cr-00030-JAD-GWF-1

**Order Denying Without Prejudice Motion for Writ of Mandamus**

[ECF No. 59]

Dennis Alba, who is still represented by court-appointed counsel, has filed a writ of mandamus to compel the Federal Bureau of Prisons to comply with this court's November 21, 2016, judgment of conviction.[1] Under Local Rule 11-6(a), "[a] party who has appeared by attorney cannot while so represented appear or act in the case." Because Alba is still represented, I deny without prejudice his improperly filed pro se motion.[2]

Accordingly, IT IS HEREBY ORDERED that Alba's motion for writ of mandamus **[ECF No. 59] is DENIED** without prejudice to the ability of counsel to file any appropriate motion.

Dated April 11, 2017.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 59.

[2] I note that Alba's attorney requested the transcripts from Alba's sentencing hearing and notified the court of Alba's pro se filing and his intention to prepare a filing on Alba's behalf.