# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff<br><br>v.<br><br>Dennis Alba,<br><br>    Defendant | 2:14-cr-00030-JAD-GWF-1<br><br>**Order**<br><br>[ECF No. 63] |

    Dennis Alba, who is still represented by court-appointed counsel, has sent a request to the court for "proof" that he "was [in] 'primary fed[eral] custody'" or advice on how to obtain those documents. ECF No. 63. Alba should contact his counsel, Richard Pocker at Boies Schiller & Flexner, LLP, 300 South Fourth Street, Ste 800, Las Vegas, NV 89101, for legal advice on this matter. This court's local rule 11-6(a) states that "[a] party who has appeared by attorney cannot while so represented appear or act in the case." If court action is needed, it is Mr. Alba's attorney who must file the motion to ask for that action.

    Accordingly, IT IS HEREBY ORDERED that Alba's request for documents **[ECF No. 63] is DENIED** without prejudice to the ability of counsel to file any appropriate motion.

    Dated this 28th day of June, 2017.

                                                _____
                                                Jennifer A. Dorsey
                                                United States District Judge