```
                                                                    1
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:14-cr-30-JAD-GWF |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER TEMPORARILY |
| | ) | UNSEALING PROCEEDING |
| DENNIS ALBA, | ) | |
| Defendant. | ) | |

On May 28, 2019, this Court received a request from Felicia Zabin, Court Reporter, for a transcript of the sealed portion of Hearing regarding: Revocation of Supervised Release, held on August 29, 2018.

IT IS THEREFORE ORDERED that the reporter notes of said hearing shall be unsealed for the limited purpose of providing the transcript as requested by Tony Lopez, AUSA. The original reporter notes shall thereafter be resealed, together with the certified copy of the transcript delivered to the Clerk pursuant to 28 U.S.C. § 753(b), until further order of this Court.

IT IS FURTHER ORDERED that Felicia Zabin, Court Reporter, shall not disclose the contents of the transcript of the sealed proceeding to anyone other than the parties or representatives of the parties directly concerned with this case.

DATED this 28th day of May, 2019.

_____
JENNIFER A. DORSEY
United States District Judge